**1112**

153 NEW YORK SUPPLEMENT

DE CORDOVA, Appellant, v. SANVILLE, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Evelyn De Cordova, as executrix and trustee, against Arthur J. Sanville. W. F. Unger, of New York City, for appellant. O. C. Sommerich, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1112.

DE LA GARDELLE, Appellant, v. HAMPTON CO., et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the claim of Anna de la Gardelle for compensation for herself and child for the death of Peter de la Gardelle, against the Hampton Company, employer, and the Fidelity & Deposit Company of Maryland, insurance carrier. No opinion. Motion granted. Order to be submitted to the Attorney General. See, also, 153 N. Y. Supp. 162.

DELAHUNT, Respondent, v. INTERNATIONAL R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Raymond A. Delahunt against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

DEMPSEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Margaret Dempsey, an infant, by Annie Dempsey, her guardian ad litem, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs, on authority of Foster v. City of New York, 152 N. Y. Supp. 1111, decided April 1, 1915.

DEZENDORF, Respondent, v. POPPKE, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Alexander Dezendorf, an infant, etc., against John F. Poppke. No opinion. Motion for stay granted, on condition that defendant prosecute the appeal, place the case on the nonenumerated calendar for May 14, 1915, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 153 N. Y. Supp. 1112.

DEZENDORF, Respondent, v. POPPKE, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Alexander Dezendorf, an infant, etc., against John F. Poppke.

PER CURIAM. Although defendant did not seek a bill of particulars till on the eve of trial, there is no evidence that plaintiff had been harmed by such delay, since, if ready to go to trial, plaintiff must know what he is undertaking to prove, and hence can give the particulars asked for. Mere laches, without other prejudice to plaintiff, is not a sufficient ground to deny such application. Convery v. Marrin, 128 App. Div. 265, 112 N. Y. Supp. 673. The order of the County Court of Kings County, denying motion for a bill of particulars on the ground of laches, is therefore reversed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1112.

In re DOBBS. (Supreme Court, Appellate Division, First Department. May 21, 1915.) In the matter of Willoughby B. Dobbs, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

DONNELLY, Appellant, v. H. C. & A. I. PIERCY CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Teresa M. Donnelly, as ancillary executrix, against the H. C. & A. I. Piercy Contracting Company. T. B. Chancellor, of New York City, for appellant. PER CURIAM. Judgment affirmed, with costs, on prevailing opinion on former appeal, 161 App. Div. 864, 147 N. Y. Supp. 73. Order filed. See, also, 163 App. Div. 895, 147 N. Y. Supp. 1108. LAUGHLIN and CLARKE, JJ., dissent, on former opinion of LAUGHLIN, J.

DOUGHERTY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by J. Hampden Dougherty against the City of New York. L. L. Kellogg, of New York City, for appellant. J. F. O'Brien, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DOUGLAS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Action by Caroline E. Douglas against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

DRISCOLL, Appellant, v. HOARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Mary A. Driscoll, as administratrix, etc., against Volney A. Hoard. PER CURIAM. Judgment entered in favor of plaintiff vacated and set aside. Judgment and order appealed from reversed, and motion for new trial granted, with costs to the appellant to abide event. Held, that the evidence was sufficient to make out a case for the jury; that the trial court properly decided that the verdict was against the weight of the evidence, and should have awarded a new trial, instead of granting the nonsuit after taking the verdict of the jury.

DUDLEY v. DUDLEY. (No. 7347.) (Supreme Court, Appellate Division, First Department. May 14, 1915.) Appeal from Special